THOMAS E. FRENCH, RECEIVER, DEFENDANT IN ERROR,
   v. THE MAYOR AND COMMON COUNCIL OF THE CITY
   OF MILLVILLE, PLAINTIFFS IN ERROR.

Submitted December 10, 1901—Decided March 3, 1902.

On error to the Supreme Court.

For the plaintiffs in error, *Louis H. Miller.*

For the defendant in error, *William A. Logue* and *Thomas E. French.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons stated in the opinion of Mr. Justice Dixon.  37 *Vroom* 392.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, VAN SYCKEL, GARRISON, FORT, GARRETSON, PITNEY, KRUEGER, ADAMS, VREDENBURGH, VOORHEES, VROOM.   12.

*For reversal*—None.